IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSZITA CARPENTER | : | CIVIL ACTION |
| | : | NO. 11-460 |
| v. | : | |
| | : | |
| TIMOTHY F. GEITHNER | : | |

**ORDER**

AND NOW, this 4th day of June, 2012, upon consideration of defendant Timothy F. Geithner's motion for judgment on the pleadings or, in the alternative, for summary judgment and plaintiff's responses thereto, it is ORDERED that the motion is GRANTED as follows:

(1) Any claim of plaintiff seeking review of the United States Office of Personnel Management's October 2009 decision denying as untimely her application for disability retirement benefits is outside of this Court's subject matter jurisdiction and is DISMISSED WITHOUT PREJUDICE to plaintiff's ability, if any, to pursue such claim before the Merit Systems Protection Board and/or the United States Court of Appeals for the Federal Circuit.

(2) With respect to all other claims asserted by plaintiff in the above captioned action, judgment is ENTERED in favor of defendant Timothy F. Geithner and against plaintiff Roszita Carpenter.

It is FURTHER ORDERED that plaintiff's motions for appointment of counsel (Dkt. No. 16), to join OPM as a party (Dkt. No. 19) and to prevent harassment (Dkt. No. 21) are DENIED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.